IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PACIFIC LIFE INSURANCE COMPANY**, a Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**QWEST CORPORATION**, a foreign corporation; and **QWEST BUSINESS RESOURCES, INC.**, a foreign corporation,<br><br>Defendants. | CASE NO. 8:09CV168<br><br><br><br>ORDER |

This matter is before the Court on the Defendant's Unopposed Motion for Extension of Time (Filing No. 12) to file a reply brief in response to the Plaintiff's Brief (Filing No. 11) filed in opposition to the Defendant's Motion to Dismiss (Filing No. 8). In its Motion, the Defendant reports that the Defendant has conferred with opposing counsel and that the Plaintiff does not object to the Defendant's Motion. (Filing No. 12 at ¶ 4.) The Defendant requests that this Court grant the Defendant an extra week to submit its reply brief. (Filing No. 12.) Accordingly, the Court finds the Defendant's Unopposed Motion for Extension of Time (Filing No. 12) should be granted.

IT IS SO ORDERED:

1. The Defendant's Unopposed Motion for Extension of Time (Filing No. 12) is granted;

2. The Defendant's reply brief, in response to the Plaintiff's Brief in Opposition (Filing No. 11), shall be filed on or before July 27, 2009; and

3. The Defendant's Motion to Dismiss (Filing No. 8) will be ripe for decision on July 28, 2009.

DATED this 14th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge